IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>    Defendants.<br>_____/ | No. 2:12-cv-2456 CKD P<br><br><br><br><br><br><br>ORDER |

   By an order filed October 3, 2012, plaintiff was ordered to file a completed request to proceed in forma pauperis or submit the filing fee for this action within thirty days and was cautioned that failure to do so would result in dismissal. The thirty day period has now expired, and plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED[1] that this action is dismissed without prejudice.

Dated: November 14, 2012

                 _/s/ Carolyn K. Delaney_
                 CAROLYN K. DELANEY
                 UNITED STATES MAGISTRATE JUDGE

1/jone2456.fifp

---

[1] Plaintiff has consented to have a magistrate judge conduct all proceedings in this case. See 28 U.S.C. § 636(c).